IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RITCH DORCE, | ) |
|       *Plaintiff*, | ) |
| v. | )    No. 1:20-cv-11306-RWZ |
| CHAD F. WOLF, *et al.*, | ) |
|       *Defendants*. | ) |

## JOINT STIPULATION AND ORDER OF DISMISSAL

On December 21, 2020, pursuant to this Court's order, the parties reached a joint agreement to return Mr. Dorce to the Boston Field Office Area of Responsibility and to stipulate to dismissal without prejudice.

On December 22, 2020, Immigration and Customs Enforcement (ICE) returned Mr. Dorce to the Boston Field Office Area of Responsibility under the conditions set forth in the joint agreement. Mr. Dorce is currently detained at Plymouth County Correctional Facility.

Therefore, the parties agree and stipulate as follows:

1. Pursuant to Rule 41(a)(2) of the Federal Rule of Civil Procedure, the parties agree to dismiss without prejudice and without costs or fees, provided that the Court retain jurisdiction over any issues that arise relating to the joint agreement of December 21, 2020.

2. In particular, the parties have agreed to a stipulation of dismissal without prejudice based on ICE assurance that, to the extent that ICE continues to detain Mr. Dorce prior to

*Approved*
*Ryan Zobel, J.*
*1/14/21*

removal, his place of detention shall remain within the Boston AOR. If Mr. Dorce becomes subject to a final order of removal, ICE will be permitted to transfer him in order to effectuate his removal to his home country, if required to obtain travel documents or for a consular interview, or for exigent circumstances (e.g. medical and security reasons).

3. This stipulation is subject to the approval of the Court. In the event that the Court declines to approve this stipulation, it shall be null and void, with no force or effect.

Respectfully submitted this _13th_ day of January, 2021.

ANDREW E. LELLING
United States Attorney

s/ *Jennifer Klein*

Jennifer Klein (BBO#678858)
Committee for Public Council Services
Immigration Impact Unit
21 McGrath Highway
Somerville, MA 02143
617-623-0591
jklein@publiccounsel.net

/s/ *Eve A. Piemonte*

Eve A. Piemonte
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3100
Eve.Piemonte@usdoj.gov

## CERTIFICATE OF SERVICE

I, Jennifer Klein, herby certify that on January 13, 2021, a true copy of the foregoing will be electronically filed with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing (NEF).

/s/   *Jennifer Klein*
Jennifer Klein